LISA MARIE YABLONSKI *v.*
DANBURY HOSPITAL ET AL.
(15085)

Dupont, C. J., and Heiman and Hennessy, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

MARQUESE HAYWARD-MOORE ET AL.
*v.* MARK BROWN
(15966)

Dupont, C. J., and Heiman and Hennessy, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The judgment is affirmed.

WALTER MCVETY *v.* SIDETEX
COMPANY, INC., ET AL.
(15281)

Dupont, C. J., and Heiman and Hennessy, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.